UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

===============================
:
**AUCTUS FUND, LLC,**            :
                                 :
    **Plaintiff,**   :
                                 :
    **v.**           :
                                 :     <u>Civil Action No.  1:19-CV-10273-FDS</u>
**ORIGINCLEAR, INC.,**           :
                                 :
    **Defendant.**   :
                                 :
===============================

## **MOTION TO WITHDRAW**

The undersigned, Philip M. Giordano, Esq. and Thomas A. Bockhorst, Esq., respectfully move this Honorable Court to withdraw their appearances and that of this Firm from the above-captioned action. In support hereof, the undersigned states that serious irreconcilable differences exist between the undersigned and the Plaintiff, which require the withdrawal of the undersigned and this Firm from further representation in this action.

                                                                   Respectfully Submitted,

                                                                  <u>/s/  *Philip M. Giordano*</u>
                                                              Philip M. Giordano, Esq. (BBO #193530)

                                                                <u>/s/  *Thomas A. Bockhorst*</u>
                                                               Thomas A. Bockhorst, Esq. (BBO #564082)
                                                               Giordano & Company, P.C.
                                                               REED & GIORDANO, P.A.
                                                               47 Winter Street, Suite 800
                                                               Boston, Massachusetts 02108-4774
                                                               Telephone: (617) 723-7755
                                                               Facsimile: (617) 723-7756
                                                               Email: pgiordano@reedgiordano.com
Dated: November 29, 2021                     Email: tbockhorst@reedgiordano.com

## CERTIFICATE OF SERVICE

I, Philip M. Giordano, do hereby certify that, on this 29th day of November, 2021, that I caused to be served a true copy of attached Motion to Withdraw, by email as follows: as filed by and through the District Court's electronic filing/ECF system and that such true copy is available for downloading and viewing by all parties or counsel of record and by emailing a true copy as follows:

Auctus Fund, LLC
545 Boylston Street, Suite 200
Boston, Massachusetts 02116
Attn: Alfred Sollami, Managing Member
    Email: als@auctusfundllc.com
    Louis Posner, Manager
    Email: louposner@auctusfundllc.com

The Basile Law Firm, P.C.
Eric J. Benzenberg, Esq.
390 N. Broadway, Suite 140
Jericho, New York 11753
Email: eric@thebasilelawfirm.com


Dated: November 29, 2021        */s/ Philip M. Giordano*
                                          Philip M. Giordano