UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **AUCTUS FUND, LLC,** ) | |
| ) | |
| Plaintiff, ) | **Civil Action No.** |
| ) | **19-10273-FDS** |
| v. ) | |
| ) | |
| **ORIGINCLEAR, INC.,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| **CLEARTRUST, LLC,** ) | |
| ) | |
| Third-Party / ) | |
| Nominee-Defendant. ) | |

**CLARIFICATION TO MARCH 14, 2019 ORDER AND PRELIMINARY INJUNCTION FOR EQUITABLE RELIEF AS TO SPECIFIC PERFORMANCE ON PLAINTIFF'S MOTION TO COMPEL CONVERSION OF DEBT INTO PUBLIC SHARES AND FOR INJUNCTIVE AND EQUITABLE RELIEF AS SPECIFIC PERFORMANCE AGAINST DEFENDANT ORIGINCLEAR, INC.**

**SAYLOR, D.J.**

Upon the Motion of the Plaintiff, Auctus Fund, LLC, and consideration of the materials on file,

It is hereby ORDERED that the last paragraph of the Stipulated Preliminary Injunction, dated March 14, 2019, and as entered by this Court, is, and shall be, clarified and shall read as follows:

"It is hereby further ORDERED, ADJUDGED AND DECREED that ClearTrust, LLC, and/or its successor, upon actual notice by personal service or otherwise of this Preliminary

Injunction, as amended, and upon receipt of the Plaintiff's written Notice(s) of Conversion and in accordance with its standard procedures, shall convert, and cause, permit, cooperate and facilitate the conversion of the Conversion Amount, as the debt held by Auctus, into publicly tradeable shares of OCLN common stock.   ClearTrust, LLC, and/or its successor ("Transfer Agent") is hereby Ordered to comply with this provision of the Preliminary Injunction, as amended, independently of whether the Defendant has complied with the Preliminary Injunction, including but not limited to OriginClear's obligation to issue an Irrevocable Letter of Instruction to the Transfer Agent, or whether the Defendant otherwise obstructs or fails to cooperate with compliance with the provisions of this Order."

All other terms of the Order and Stipulated Preliminary Injunction, dated March 14, 2019, shall remain in force and in effect.

**So Ordered.**

Dated: March 16, 2023

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
Chief Judge, United States District Court