UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AUCTUS FUND, LLC,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 19-10273-FDS |
| v. ) | |
| ) | |
| **ORIGINCLEAR, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AMENDED ATTACHMENT ORDER AND ORDER FOR ISSUANCE OF A BOND AND GRANTING LEAVE TO PLAINTIFF TO CONDUCT ASSET DISCOVERY OF DEFENDANT ORIGINCLEAR, INC.**

**SAYLOR, C.J.**

Upon the motion of plaintiff, Auctus Fund, LLC, and upon review of the memoranda, affidavits, exhibits and other filings, the Court finds that that there is a reasonable likelihood that defendant OriginClear, Inc. owes plaintiff Auctus Fund, LLC, the remaining Minimum Settlement Value (plus statutory interest) totaling $388,878.06 under the Settlement Agreement, as executed by the parties, that plaintiff will likely recover a judgment equal to or greater than such amount, and that there is no evidence of liability insurance providing coverage to defendant for plaintiff's claims in this litigation.

Accordingly, it is hereby ORDERED that an amended writ of attachment by trustee process shall enter and issue to nominee-defendant / trustee Wells Fargo Bank, N.A., directing that the goods, effects, or credits of defendant OriginClear, Inc., as held in bank account number 7833317113 and/or in any other bank accounts and/or assets in the possession, custody and/or control of Wells Fargo Bank, N.A. in the name of and/or for the benefit of defendant,

OriginClear, Inc., are attached in the principal amount of $388,878.06, as provided by law; and that a summons shall issue to the trustee pursuant to Mass. R. Civ. P. 4.2(b);

It is hereby further ORDERED that the defendant shall cause a bond to be issued and posted in the amount of $388,878.06, no later than close of business on March 30, 2023, and that such bond shall be filed with the Clerk of the Court no later than close of business on April 3, 2023;

It is hereby further ORDERED that the attachment order be vacated no later than close of business on April 10, 2023, unless the Court directs otherwise; and

It is hereby further ORDERED that, in the event that defendant fails to post and file the bond on a timely basis in accordance with this Order and as set forth herein, the attachment order shall remain in place, and leave is hereby granted for the plaintiff to serve the asset discovery, on an expedited basis, upon the defendant, including the deposition of the Chief Executive Officer, Tener Riggs Eckelberry, of OriginClear, Inc., as to any matter related to the location(s), custodian(s), amount(s) and related information as to any and all assets of the defendant.

**So Ordered.**

Dated: March 16, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court